```
                              United States Bankruptcy Court
                              Southern District of Florida

In re:                                                              Case No. 14-15761-RBR
Celia C Perez Martin                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-0          User: admin              Page 1 of 2           Date Rcvd: Jun 23, 2014
                              Form ID: CGFD39          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2014.
db           +Celia C Perez Martin,    6080 NW 44th Street #205-3,    Lauderhill, FL 33319-4473
smg          +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
92114156     +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
92114158     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
               Simi Valley, CA 93062-5170
92114167     +Citihealth,    Po Box 6497,    Sioux Falls, SD 57117-6497
92114169     +Eduardo Martin,    6080 NW 44th Street #205-3,    Lauderhill, FL 33319-4473
92114172     +GECRB/ Lord and Taylors,    Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
92114174     +Honorable Eric Holder,    Attny General of United States,    950 Pennsylvania Ave NW,
               Washington, DC 20530-0009
92114175     +Honorable Jeffrey Sloman,    United States Attorney,    99 NE 4 St,    Miami, FL 33132-2145
92114183      Northland Group, Inc.,    7851 Glenroy Road #250,    Edina, MN 55439
92114187     +The Greens of Inverrary CA Phase I, Inc.,    6200 NW 44TH ST,    LAUDERHILL, FL 33319-4479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: FLDEPREV.COM Jun 23 2014 23:58:00     Florida Department of Revenue,    POB 6668,
               Tallahassee, FL 32314-6668
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jun 23 2014 23:53:45     Office of the US Trustee,
               51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
92114160      EDI: BANKAMER.COM Jun 23 2014 23:58:00     Bank of America,    4161 Piedmony Parkway,
               Greensboro, NC 27410
92114159      EDI: BANKAMER.COM Jun 23 2014 23:58:00     Bank Of America,    Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro, NC 27410
92114157      EDI: BANKAMER.COM Jun 23 2014 23:58:00     Bank Of America,    Po Box 982235,    El Paso, TX 79998
92114161      EDI: BANKAMER.COM Jun 23 2014 23:58:00     Bank Of America, N.a.,    4161 Piedmont Pkwy,
               Greensboro, NC 27410
92114166      EDI: CITICORP.COM Jun 23 2014 23:58:00     Citi,    CitiCard Credit Services/Centralized Ban,
               PO Box 20363,    Kansas City, MO 64195
92114170      EDI: CITICORP.COM Jun 23 2014 23:58:00     Exxmblciti,    Attn.: Centralized  Bankruptcy,
               PO Box 20507,    Kansas City, MO 64195
92114185      EDI: CITICORP.COM Jun 23 2014 23:58:00     Shell Oil / Citibank,    Attn: Centralized  Bankruptcy,
               PO Box 20363,    Kansas City, MO 64195
92114162     +EDI: CAPITALONE.COM Jun 23 2014 23:58:00     Cap One Na,    Po Box 26625,
               Richmond, VA 23261-6625
92114163     +EDI: CAPITALONE.COM Jun 23 2014 23:58:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
               PO Box 30285,    Salt Lake City, UT 84130-0285
92114165     +EDI: CHASE.COM Jun 23 2014 23:58:00     Chase,    Attn: Bankruptcy Dept,    PO Box 15298,
               Wilmington, DE 19850-5298
92114164     +EDI: CHASE.COM Jun 23 2014 23:58:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
92114168     +EDI: TSYS2.COM Jun 23 2014 23:58:00     Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
92114171     +EDI: RMSC.COM Jun 23 2014 23:58:00     GECRB/ Dillards,    Attn: Bankruptcy,    PO Box 103104,
               Roswell, GA 30076-9104
92114173     +EDI: RMSC.COM Jun 23 2014 23:58:00     GECRB/Lowes,    Attention:  Bankruptcy Department,
               PO Box 103104,    Roswell, GA 30076-9104
92114176     +EDI: HFC.COM Jun 23 2014 23:58:00     Hsbc Bank,    Po Box 30253,    Salt Lake City, UT 84130-0253
92114178      EDI: IRS.COM Jun 23 2014 23:58:00     Internal Revenue Service,
               Compliance Serv/Insolvency STOP 5730,    7850 SW 6 Ct,    Plantation, FL 33324
92114179      EDI: IRS.COM Jun 23 2014 23:58:00     Internal Revenue Service,    POB 21126,
               Philadelphia, PA 19114
92114177     +EDI: IRS.COM Jun 23 2014 23:58:00     Internal Revenue Service,    2970 Market Street,
               Mail Stop 5Q30.133,    Philadelphia, PA 19104-5002
92114180     +EDI: IRS.COM Jun 23 2014 23:58:00     Internal Revenue Service,    POB 7346,
               Philadelphia, PA 19101-7346
92114181     +EDI: LTDFINANCIAL.COM Jun 23 2014 23:58:00     LTD Financial Services,LP,
               7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
92114182      E-mail/Text: camanagement@mandtbank.com Jun 23 2014 23:53:44     M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
92114184     +EDI: SEARS.COM Jun 23 2014 23:58:00     Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
92114186     +EDI: CITICORP.COM Jun 23 2014 23:58:00     Sunoco/citi,    Attention: Bankruptcy,
               7920 NW 110th St.,    Kansas City, MO 64153-1270
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Florida Department of Revenue,    POB 6668,    Tallahassee, FL  32314-6668
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113C-0           User: admin               Page 2 of 2                   Date Rcvd: Jun 23, 2014
                               Form ID: CGFD39           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2014 at the address(es) listed below:
              Christian P. Larriviere, Esq.    on behalf of Debtor Celia C Perez Martin christian@cpllaw.com,
               efrelita@cpllaw.com;jessica@cpllaw.com
              Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com,
               lso@trustesolutions.com;lo@trustesolutions.net
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

Form CGFD39  (9/19/08)



ORDERED in the Southern District of Florida on June 23, 2014

*Raymond B Ray*
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−15761−RBR

Chapter: 7

In re: *

Celia C Perez Martin
aka Celia Martin, aka Celia Perez Martin, aka Celia Celeste Martin
6080 NW 44th Street #205−3
Lauderhill, FL 33319

Last four digits of SSN/ITIN or Complete EIN: xxx−xx−4674

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Copies to:  All Parties of record

---

*  Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers (ITIN) or complete employer tax−identification numbers (EIN).

*Page 1 of 2*

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor(s)' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

### ###

*Page 2 of 2*